UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:09-cr-507-T-23AEP

JASON ANTHONY MARTINEZ
_____/

## **FORFEITURE MONEY JUDGMENT**

Count One of the information charges Jason Anthony Martinez with conspiracy to commit mail and wire fraud affecting a financial institution in violation of 18 U.S.C. §§ 1349, 1343, and 1341.  Count Two of the information charges Martinez with theft of government funds in violation of 18 U.S.C. § 641.  The information also contains a forfeiture allegation, which provides Martinez with notice that the United States seeks a forfeiture money judgment for $4,000,000 as to Count One and $15,500 as to Count Two.

Martinez agrees that the stipulated facts in his plea agreement (Doc. 3) sufficiently support forfeiture.  Accordingly, The United States moves (Doc. 19) for entry of a forfeiture money judgment against Martinez for "at least $4,015,000.00."

Pursuant to 8 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, Martinez is liable for a forfeiture money judgment of $4,015,000.00, which equals the "proceeds the person obtained directly or indirectly as a result of such action."

The United States may seek, as substitute assets in satisfaction of this judgment, forfeiture of any of Martinez' property up to the value of the $4,015,000.00 money judgment. The court retains jurisdiction to entertain any third-party claim that may be asserted and to enter any order necessary to the forfeiture and disposition of any of Martinez' property sought as a substitute asset. See 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b)(1).

ORDERED in Tampa, Florida, on December 23, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of Record